■ In the Matter of LEONARD I. TRIPODI et al., Appellants, v LEE P. BROWN, as Police Commissioner of the City of New York, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Stanley Parness, J.), entered on June 3, 1991, unanimously affirmed for the reasons stated by Parness, J. No opinion. Concur—Milonas, J. P., Wallach, Kupferman and Smith, JJ.